**DebtEd, DSOForm2830, AwaitClo, MUA**

# U.S. Bankruptcy Court
## District of Idaho (Twin Falls)
## Bankruptcy Petition #: 19−40193−JMM

*Date filed:* 03/07/2019
*Assigned to:* Chief Judge Joseph M Meier          *341 meeting:* 04/24/2019
Chapter 13
Voluntary
Asset

| | |
|---|---|
| *Debtor* | represented by **Alexandra O Caval** |
| **Roger A. Evans** | Caval Law Office, P.C. |
| 641 Grant Ave | POB 1716 |
| Twin Falls, ID 83301 | Twin Falls, ID 83303 |
| TWIN FALLS−ID | 208−733−2035 |
| SSN / ITIN: xxx−xx−8512 | Fax : 208−733−3919 |
| | Email: alex@cavallawoffice.com |

| | |
|---|---|
| *Joint Debtor* | represented by **Alexandra O Caval** |
| **Lori A. Steedman** | (See above for address) |
| 641 Grant Ave | |
| Twin Falls, ID 83301 | |
| TWIN FALLS−ID | |
| SSN / ITIN: xxx−xx−3402 | |
| *aka* **Lori Glover** | |

| | |
|---|---|
| *Trustee* | represented by **Jeffrey Philip Kaufman** |
| **Kathleen A. McCallister** | Office of Kathleen A. McCallister |
| POB 1150 | PO Box 1150 |
| Meridian, ID 83680 | Meridian, ID 83680 |
| 208−922−5100 | (208) 922−5100 |
| | Fax : (208) 922−5599 |
| | Email: jpk@kam13trustee.com |
| | |
| | **Kathleen A. McCallister** |
| | POB 1150 |
| | Meridian, ID 83680 |
| | 208−922−5100 |
| | Fax : 208−922−5599 |
| | Email: kam@kam13trustee.com |

| | |
|---|---|
| *U.S. Trustee* | represented by **Brett R Cahoon** |
| **US Trustee** | OFFICE OF THE US TRUSTEE US |
| Washington Group Central Plaza | DEPT |
| 720 Park Blvd, Ste 220 | 720 Park Blvd., Ste. 220 |
| Boise, ID 83712 | Boise, ID 83712 |
| 208−334−1300 | 208−334−1300 |
| | Email: ustp.region18.bs.ecf@usdoj.gov |

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 03/07/2019 | | 1 | |

| | | | |
|---|---|---|---|
| | | | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Roger A. Evans, Lori A. Steedman (Caval, Alexandra) |
| 03/07/2019 | | 2 | Meeting of Creditors with 341(a) meeting to be held on 04/24/2019 at 02:00 PM at Jerome County Judicial Annex. Confirmation hearing to be held on 06/04/2019 at 01:30 PM at Pocatello − US Courthouse, Bankruptcy/Magistrate Courtroom. Proof of Claim due by 05/16/2019. Last day to oppose dischargeability of certain debts is 06/24/2019. (Caval, Alexandra) |
| 03/07/2019 | | 3 | Chapter 13 Plan Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman. (Caval, Alexandra) |
| 03/07/2019 | | 4 | Signature page(s) Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Caval, Alexandra) |
| 03/07/2019 | | 5 | Social Security Statement(SEALED) Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman. (Caval, Alexandra) |
| 03/07/2019 | | 6 | Disclosure of Compensation by Alexandra Caval 7999 Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman. (Caval, Alexandra) |
| 03/07/2019 | | 7 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C−1. Disposable Income Is Determined , Chapter 13 Calculation of Your Disposable Income Form 122C−2 Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman. (Caval, Alexandra) |
| 03/07/2019 | | 8 | Certificate of Credit Counseling Filed by Debtor Roger A. Evans. (Caval, Alexandra) |
| 03/07/2019 | | 9 | Certificate of Credit Counseling Filed by Joint Debtor Lori A. Steedman. (Caval, Alexandra) |
| 03/07/2019 | | 10 | Employee Income Records (SEALED) Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman. (Caval, Alexandra) |
| 03/07/2019 | | 11 | Statement of Domestic Support Obligations Filed by Debtor Roger A. Evans. (Caval, Alexandra) |
| 03/07/2019 | | 12 | Statement of Domestic Support Obligations Filed by Joint Debtor Lori A. Steedman. (Caval, Alexandra) |
| 03/07/2019 | | 13 | Receipt of Voluntary Petition (Chapter 13)(19−40193) [misc,volp13] ( 310.00) Filing Fee. Receipt number 7001715. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) |
| 03/08/2019 | | | Notice of Debtor's Prior Filings for joint debtors Roger A. Evans and Lori A. Steedman Case Number 09−29230, Chapter 7 filed in Utah Bankruptcy Court on 08/28/2009 , Standard Discharge on 12/09/2009; Case Number 98−22568, Chapter 7 filed in Utah Bankruptcy Court on 03/09/1998; Case Number 98−28888, Chapter 7 filed in Utah Bankruptcy Court on 08/20/1998 , Standard Discharge on 12/10/1998; Case Number 03−26604, Chapter 13 filed in Utah Bankruptcy Court on 04/16/2003 , Standard Discharge on 10/11/2006.(Admin) |

| 03/08/2019 | | 14 | Income Tax Turnover Order, Notice of Appointment of Trustee , Order to Pay Trustee (pdr) |
| 03/10/2019 | | 15 | BNC Certificate of Mailing − Meeting of Creditors Notice Date 03/10/2019. (Admin.) |
| 03/10/2019 | | 16 | BNC Certificate of Mailing − Notice of Appointment of Trustee Notice Date 03/10/2019. (Admin.) |
| 03/10/2019 | | 17 | BNC Certificate of Mailing − Ch.7/13 Income Tax Turnover Order Notice Date 03/10/2019. (Admin.) |
| 03/10/2019 | | 18 | BNC Certificate of Mailing − Order to Debtor Directing Payment to Trustee Notice Date 03/10/2019. (Admin.) |
| 03/10/2019 | | 19 | BNC Certificate of Mailing − Ch.13 Plan Notice Date 03/10/2019. (Admin.) |
| 04/23/2019 | | 20 | Creditor Request for Notice *with Certificate of Service* by Jesse A.P. Baker Filed by Creditor M&T Bank. (Baker, Jesse) |
| 04/25/2019 | | 21 | 341(a) Meeting Minutes − Debtor Present. (McCallister, Kathleen) |
| 05/15/2019 | | 22 | Trustee's Chapter 13 Plan Recommendation Concerning Confirmation of Debtor's Plan of Reorganization . (Confirmation Not Recommended). (McCallister, Kathleen) |
| 06/03/2019 | | doc | Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 16) with Certificate of Service Filed by Creditor M&T Bank Filed by Creditor M&T Bank. (Baker, Jesse) |
| 06/04/2019 | | 23 | Confirmation Hearing Held<br><br>**Appearances: Alex Caval Attorney for Debtor;Kathleen McCallister Chapter 13 Trustee;**<br><br>**Report of Proceedings: Comments by Ms. McCallister, Ms. Caval and questions by the Court. The Court will CONFIRM the Plan without further hearing upon receipt of an Order that has been approved by Trustee.**<br><br>Hearing Date:<br><br>Audio File Location: POC−CTRMB<br><br>(RE: related document(s)2 Meeting (AutoAssign Chapter 13)) (dj) |
| 06/09/2019 | | 24 | Notice of Requirement to file Financial Management Course Certificate. (Admin) (Entered: 06/10/2019) |
| 06/12/2019 | | 25 | BNC Certificate of Mailing − Notice of Requirement to Complete Course in Financial Management. Notice Date 06/12/2019. (Admin.) |
| 09/18/2019 | | 26 | Voluntary Motion to Dismiss Case Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman Objections to Voluntary Dismissal due by:09/30/2019. (Attachments: # 1 Mailing Matrix) (Caval, Alexandra) |

| 10/02/2019 | | | A proposed order to be submitted by Attorney representing Roger A. Evans and Lori A. Steedman (RE: related document(s)26 Motion to Dismiss filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman) Order due by 10/7/2019. (kl) |
| 10/02/2019 | | 27 | Order Granting Motion to Dismiss Case. **Both Debtors are Dismissed.** (Related Doc # 26) Signed on 10/2/2019. (kl) (Entered: 10/03/2019) |
| 10/05/2019 | | 28 | BNC Certificate of Mailing − Order on Motion to Dismiss Case. Notice Date 10/05/2019. (Admin.) |
| 10/30/2019 | | 29 | Chapter 13 Trustee's Final Report and Account. (McCallister, Kathleen) |
| 11/08/2019 | | 30 | *Disregard. Admin Error.* Order Discharging Trustee and Closing Dismissed Case Signed on 11/8/2019. (kl) Modified on 11/8/2019 (nl). |
| 11/08/2019 | | | **Notification by the Clerks Office:** Administrative error. Case closed in error. Case will remain open. No further action is required. (RE: related document(s)30 Order Discharging Trustee and Closing Dismissed Case) (nl) |
| 11/21/2019 | | 31 | Objection to (related document(s): 29) *the Chapter 13 Trustee's Final Report & Motion to Disgorge Trustee Fees* Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman (RE: related document(s)29 Chapter 13 Trustee's Final Report and Account). (Caval, Alexandra) |
| 11/21/2019 | | 32 | Amended Objection to (related document(s): 29) *the Chapter 13 Trustee's Final Report & Motion to Disgorge Trustee Fees (Amended to correctly list date of objection as 11/21/19 instead of 9/18/19)* Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman (RE: related document(s)29 Chapter 13 Trustee's Final Report and Account). (Caval, Alexandra) |
| 11/21/2019 | | 33 | Notice of Hearing Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman (RE: related document(s)32 Amended Objection to (related document(s): 29) *the Chapter 13 Trustee's Final Report & Motion to Disgorge Trustee Fees (Amended to correctly list date of objection as 11/21/19 instead of 9/18/19)* Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman (RE: related document(s)29 Chapter 13 Trustee's Final Report and Account).). Miscellaneous hearing to be held on 12/10/2019 at 01:30 PM Boise − US Courthouse, Courtroom 4 − Judge Meier for 32, (Caval, Alexandra) |
| 12/05/2019 | | 34 | Response to (related document(s): 32 Objection filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman) Filed by U.S. Trustee US Trustee (RE: related document(s)32 Objection). (Cahoon, Brett) |
| 12/09/2019 | | 35 | Response to (related document(s): 32 Objection filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman) Filed by Trustee Kathleen A. McCallister (McCallister, Kathleen) |
| 12/10/2019 | | 36 | PDF with attached Audio File. Court Date & Time [ 12/10/2019 3:07:30 PM ]. File Size [ 10244 KB ]. Run Time [ 00:42:41 ]. (admin). (Entered: 12/11/2019) |
| 12/10/2019 | | 37 | Hearing Held |

|  |  |  | **Appearances: Alex Caval Attorney for Debtor; Kathleen McCallister Chapter 13 Trustee;Brett Cahoon, Office of the U.S. Trustee**<br><br>**Report of Proceedings: After arguments made by parties, The Court will allow parties to file additional briefs due Friday December 20, 2019. Any Response brief due by January 3, 2020. The case will be deemed submitted and Under Advisement.**<br><br>Audio File Location: BOI−CTRM4<br><br>(RE: related document(s)29 Chapter 13 Trustee's Final Report and Account, 32 Objection filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman) (dj) (Entered: 12/18/2019) |
|---|---|---|---|
| 12/20/2019 |  | 38 | Brief *in Support of Debtors' Amended Objection to Trustee's Final Report & Their Motion to Disgorge Trustee Fees* Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman (RE: related document(s)32 Objection). (Caval, Alexandra) |
| 01/04/2020 |  | 39 | Reply to (related document(s): 32 Objection filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman) Filed by Trustee Kathleen A. McCallister (McCallister, Kathleen) |
| 02/13/2020 |  | 40 | Memorandum Decision Signed on 2/13/2020 (RE: related document(s)32 Objection filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman). (cm) |
| 02/13/2020 |  | 41 | Order Sustaining Objection to Trustee's Final Report, Signed on 2/13/2020 (RE: related document(s)32 Objection filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman). (cm) |
| 02/15/2020 |  | 42 | BNC Certificate of Mailing − PDF Document Notice Date 02/15/2020. (Admin.) |
| 02/25/2020 |  | 43 | Notice of Appeal and Statement of Election to Bankruptcy Appeals Panel. Receipt Number O, Fee Amount $298 Filed by Trustee Kathleen A. McCallister (RE: related document(s)41 Order (Generic)). Appellant Designation due by 03/10/2020. (Attachments: # 1 Exhibit Memorandum of Decision # 2 Exhibit Order)(McCallister, Kathleen) |
| 02/25/2020 |  | 44 | Appellee Statement of Election to Proceed in District Court. Filed by Debtor Roger A. Evans, Joint Debtor Lori A. Steedman (RE: related document(s)43 Notice of Appeal and Statement of Election). (Caval, Alexandra) |
| 02/25/2020 |  | 45 | Receipt Number 66082, Fee Amount $298.00 (RE: related document(s)43 Notice of Appeal and Statement of Election filed by Trustee Kathleen A. McCallister) (Duboise, Jennifer) (Entered: 02/26/2020) |
| 02/26/2020 |  | 46 | Motion To Stay Pending Appeal Related document number41, 43 Filed by Trustee Kathleen A. McCallister (Kaufman, Jeffrey) |
| 02/26/2020 |  | 47 | Notice of Hearing and Order imposing temporary stay and requiring Debtors and United States Trustee to file briefs in response by Tuesday, March 10, 2020. (RE: related document(s)46 Motion To Stay Pending Appeal Related document number41, 43 Filed by Trustee Kathleen A. McCallister). Motion to Stay Appeal hearing to be held on 3/17/2020 at 02:30 PM Boise − US Courthouse, Courtroom 5 − Judge Myers for 46, |

| | | | |
|---|---|---|---|
| | | | (sjh) |
| 03/02/2020 | | 48 | Notice of Referral to District Court<br><br>ALL PARTIES ARE NOTIFIED that a notice of appeal filed by Kathleen McCallister was referred to the United States District Court for the District of Idaho, due to timely filing of an objection to the Bankruptcy Appellate Court for the Ninth Circuit, as set forth in the attached Third Amended General Order No. 349 of the United States District Court for the District of Idaho.<br><br>Filed by (RE: related document(s)43 Notice of Appeal and Statement of Election). (kl) |