## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Kathleen A. McCallister ) | BK Adv. No. |
| ) | USDC Case No. |
| Plaintiff(s), ) | 4:20−cv−00112−DCN |
| ) | |
| Roger A. Evans v. ) | ***NOTICE OF FILING*** |
| ) | ***BANKRUPTCY APPEAL*** |
| Defendent(s). ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

Please be advised that the Clerk of the United States District Court for the District of Idaho has received from the Clerk of the Bankruptcy Court a Certificate of Record in the above−entitled case.

Parties are to submit their briefs in accordance with FRBP 8009, as amended by District Court's third amended General Order #38.

March 4, 2020

Stephen W. Kenyon
_____
Clerk of Court

By: Jocelyn Dunnegan, Deputy Clerk