**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
kam@kam13trustee.com

<br>

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ROGER A. EVANS<br>LORI A. STEEDMAN | CASE NO. 19-40193-JMM |
| Debtors | |

## STATEMENT OF THE ISSUE TO BE PRESENTED

    Now comes, appellant Kathleen McCallister, Chapter 13 Trustee, and hereby designates the following Statement of the Issues to Be Presented, pursuant to Fed. R. Bankr. P. 8009:

    1. Whether bankruptcy courts are bound to follow 28 U.S.C. § 586(e)(2)'s plain language that Chapter 13 standing trustees "shall collect" percentage fees "from all payments received ... under plans"—language that contains no exception for payments under plans that are ultimately dismissed or converted to another chapter before confirmation.

    2. Whether bankruptcy courts produce a needless contradiction in statutory text by subordinating 28 U.S.C. § 586(e)(2) to 11 U.S.C. § 1326(a)(2), which directs Chapter 13 standing trustees to "return ... payments" if "a plan is not confirmed"—language that does not define "payment" to include percentage fees that a trustee "shall collect" under § 586(e)(2).

    3. Any issues arising from (or related to) the above-stated issues.

Dated: March 9, 2020

                                             **By:**    /s/ Kathleen McCallister
                                                          **Kathleen McCallister, Trustee**

# CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on March 9, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

ALEXANDRA O CAVAL
Attorney at Law
alex@cavallawoffice.com

     **AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

     Via first class mail, postage prepaid addressed as follows:

ROGER A. EVANS
LORI A. STEEDMAN
641 GRANT AVE
TWIN FALLS, ID 83301

                                                  /s/ Kathleen McCallister
                                                **Kathleen McCallister**