5/06
Form: Pro Hac Vice

## IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

In re: Roger A. Evans & Lori A. Steedman )
) Case No. 4:20-cv-00112-DCN
)
v. Kathleen A. McCallister, Trustee-Appellant, )
) APPLICATION FOR ADMISSION
Roger A. Evans, Debtor-Appellee, ) PRO HAC VICE
Lori A. Steedman, Debtor-Appellee. )
)
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, **Mahesha P. Subbaraman**, hereby applies for admission pro hac vice to appear and participate in this case on behalf of **Trustee-Appellant Kathleen A. McCallister**.

The applicant hereby attests as follows:

1. Applicant resides in **Minnesota**, and practices at the following address and phone number **Subbaraman PLLC -- 222 S. 9th St., Ste. 1600 -- Minneapolis, MN 55402**
Phone/Fax: (612) 315-9210; Email: mps@subblaw.com

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Minnesota Supreme Court | October 28, 2011 |
| U.S. District Court - District of Minnesota | December 16, 2011 |
| U.S. Court of Appeals for the Ninth Circuit | May 8, 2013 |
| Supreme Court of the United States | January 20, 2015 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. **Jeffrey P. Kaufman**, a member in good standing of the bar of this court, of the firm of **Kathleen A. McCallister, Chapter 13 Trustee (D. Idaho)**, practices at the following office address and phone number: **P.O. Box 1150 -- Meridian, ID 83680**
Phone: (208) 922-5100

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this **20th** day of **May**, **2020**.

_[signature]_      _[signature: Jeff Kaufman]_
Applicant      Designee

Signed under penalty of perjury.