Mahesha P. Subbaraman (*pro hac vice*)
mps@subblaw.com
Minnesota Bar No. 392486
SUBBARAMAN PLLC
222 S. 9th Street, Suite 1600
Minneapolis, MN 55402
P/F: (612) 315-9210
*Attorney for Trustee-Appellant Kathleen A. McCallister*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: Roger Evans & Lori Steedman<br><br>Kathleen A. McCallister,<br><br>        Trustee-Appellant,<br><br>v.<br><br>Roger A. Evans & Lori A. Steedman,<br><br>        Debtors-Appellees. | Case No.: 4:20-cv-00112-DCN<br>Hon. David C. Nye<br>Appeal of a Bankruptcy Matter<br><br>**JOINT STIPULATION TO A 14-DAY EXTENSION OF THE PARTIES' RESPECTIVE BRIEFING DEADLINES IN THIS BANKRUPTCY APPEAL** |

By and through their respective counsel-of-record, the undersigned parties stipulate to the following in this bankruptcy appeal:

1. A **14-day extension** of Kathleen A. McCallister's present June 8, 2020 deadline to file her Appellant's Brief and Appendix (*see* Fed. Bankr. R. 8018(a)(1)), extending this deadline to **June 22, 2020**.

2. A **14-day extension** of Roger A. Evans and Lori A. Steedman's resulting July 22, 2020 deadline to file their Appellees' Brief and Appendix (*see* Fed. Bankr. R. 8018(a)(2)), extending this deadline to **August 5, 2020**.

Page 1 of 2

Dated: May 28, 2020

_____
Mahesha P. Subbaraman

Mahesha P. Subbaraman (*pro hac vice*)
SUBBARAMAN PLLC
222 S. 9th Street, Suite 1600
Minneapolis, MN 55402
P/F: (612) 315-9210
mps@subblaw.com

*Attorney for Trustee-Appellant
Kathleen A. McCallister*

Dated: May 28, 2020

_____
Alexandra O. Caval

Alexandra O. Caval
CAVAL LAW OFFICE, PC
P.O. Box 1716
Twin Falls, ID 83303
P: (208) 733-2035
F: (208) 733-3919
alex@cavallawoffice.com

*Attorney for Debtors-Appellees
Roger A. Evans & Lori A. Steedman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2020, I filed the foregoing electronically through the CM/ECF system, causing the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

Alexandra O. Caval, Attorney for Debtors-Appellees
alex@cavallawoffice.com

Kathleen A. McCallister & Jeffrey P. Kaufman, Attorneys for Trustee-Appellant
kam@kam13trustee.com & jeffrey@dbclarklaw.com

_____
Mahesha P. Subbaraman
*Attorney for Trustee-Appellant*

## **CORRECTED** CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2020, I filed the foregoing electronically through the CM/ECF system, causing the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

Alexandra O. Caval, Attorney for Debtors-Appellees
alex@cavallawoffice.com

Kathleen A. McCallister & Jeffrey P. Kaufman, Attorneys for Trustee-Appellant
kam@kam13trustee.com

/s/Mahesha P. Subbaraman
Mahesha P. Subbaraman
*Attorney for Trustee-Appellant*