UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: Roger Evans & Lori Steedman<br><br>Kathleen A. McCallister,<br><br>            Trustee-Appellant,<br><br>v.<br><br>Roger A. Evans & Lori A. Steedman,<br><br>            Debtors-Appellees. | Case No.: 4:20-cv-00112-DCN<br>Hon. David C. Nye<br>Appeal of a Bankruptcy Matter<br><br>**ORDER GRANTING<br>A 14-DAY EXTENSION OF<br>THE PARTIES' DEADLINES TO<br>FILE THEIR BANKRUPTCY<br>APPEAL BRIEFS & APPENDICES** |

      Trustee-Appellant Kathleen A. McCallister requests a 14-day extension of the parties' briefing deadlines in the above-captioned bankruptcy appeal.

      Based on Trustee-Appellant's motion, her counsel's supporting declaration, and the parties' joint stipulation (Dkts. 8, 8-1, & 8-2), the Court finds that good cause exists for the requested 14-day extension and GRANTS the motion.

      It is HEREBY ORDERED that:

1. The Trustee-Appellant's brief and appendix shall be due on **June 22, 2020**;

2. The Debtors-Appellees' brief and appendix shall be due on **August 5, 2020**.

DATED: June 1, 2020

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1