# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

**(X)  Appeal Hearing**

| | |
|---|---|
| U.S. District Judge: David C. Nye | Date: November 8, 2021 |
| Deputy Clerk: Patti Richmond | Time: 9:02 – 9:42 am |
| Court Reporter: Anne Bowline | (Total time 40 minutes) |
| Place: Pocatello, ID | |

_____

Kathleen A. McCallister v Roger A. Evans
4:20-cv-112-DCN

Counsel for Appellant:   Mahesha P. Subbaraman (via zoom)
                         Kathleen A. McCallister (trustee)
Counsel for Appellee:    Alexandra O. Caval

After hearing oral arguments from all parties, the Court took the matter under advisement with a written decision to be forthcoming.