UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KATHLEEN A. McCALLISTER<br><br>Appellant,<br><br>v.<br><br>ROGER A. EVANS and LORI A. STEEDMAN,<br><br>Appellees. | Case No. 4:20-cv-00112-DCN<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered on February 8, 2022, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of the Appellant, and this case closed.

DATED: February 10, 2022

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1