UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of:<br><br>ROGER A. EVANS; LORI A. STEEDMAN,<br><br>    Debtors,<br><br>------------------------------<br><br>ROGER A. EVANS; LORI A. STEEDMAN,<br><br>    Appellants,<br><br> v.<br><br>KATHLEEN A. MCCALLISTER, Chapter 13 Trustee,<br><br>    Appellee. | No. 22-35216<br><br>D.C. No. 4:20-cv-00112-DCN<br>U.S. District Court for Idaho, Pocatello<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Wed., March 16, 2022**  Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

| | |
|---|---|
| **Mon., May 9, 2022** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Thu., June 9, 2022** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7